## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00187-RPM-MJW

FRONTIER AIRLINES, INC., a Colorado corporation

    Plaintiff,

v.

WORLDSPAN, L.P., a Delaware limited partnership

    Defendant.

## ORDER

IT IS HEREBY **ORDERED** that the Unopposed Motion for Withdrawal of Appearance of Michael B. Carroll is **GRANTED**. Michael B. Carroll's request to withdraw as counsel of record for defendant Worldspan, L.P. is hereby granted.

Dated: November 3rd, 2006

    s/Richard P. Matsch

    Richard P. Matsch, Senior District Judge