IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-00187-RPM

FRONTIER AIRLINES, INC., a Colorado corporation,

        Plaintiff,

v.

WORLDSPAN, L.P., a Delaware limited partnership,

        Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. #26), filed on January 26, 2007, it is

ORDERED that this case is dismissed with prejudice, each party to bear their respective costs and attorneys' fees.

DATED:   January 29th , 2007

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge